IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESMOND CRABTREE**                                                                                     **PLAINTIFF**

v.                                   **CASE NO. 4:25-CV-00223-BSM**

**JORDAN ABLES,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE